Russell M. De Phillips (SBN 95034)
Roy L. Carlson, Jr. (SBN 123553)
MILBERG & DE PHILLIPS, P.C.
2163 Newcastle Avenue, Suite 200
Cardiff by the Sea, CA 92007-1824
Telephone: (760) 943-7103
Facsimile: (760) 943-6750

Attorneys for Plaintiff DOGGIE DENTAL INC.,
a California corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| DOGGIE DENTAL INC., a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>IMRAN SHAHID, individually and doing business as PUPPY PAL<br><br>        Defendant. | Case No. 4:19-cv-01705-KAW<br><br>[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE |

    Plaintiff's motion to appear telephonically at the Initial Case Management Conference on October 29, 2019 at 1:30 p.m. is GRANTED.

    Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at http://cand.uscourts.gov/kaworders. This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

Dated: _____10/18/2019_____      _____
                                                      Honorable Kandis A. Westmore