UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOGGIE DENTAL, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>IMRAN SHAHID,<br><br>    Defendant. | Case No. 4:19-cv-01705-KAW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 26 |

    Plaintiff filed this lawsuit on April 2, 2019. To date, Plaintiff has been unable to serve Defendant. In the February 17, 2020 case management statement, Plaintiff explained that it was unable to serve Defendant at the address provided in the DMCA Counter Notice signed by Defendant under penalty of perjury, and that it would need to file a motion to serve Defendant by publication. (Dkt. No. 26 at 1-3.)

    Accordingly, the case management conference is continued to June 2, 2020 at 1:30 p.m. in Courtroom 4, 1301 Clay Street, Oakland, California. Case management statements are due on or before May 26, 2020.

    Plaintiff shall file its motion to serve Defendant by publication by March 20, 2020. This case was filed more than 10 months ago, so the failure to timely file the motion may result in the case being reassigned to a district judge with the recommendation that it be dismissed without prejudice for failure to prosecute.

    IT IS SO ORDERED.

Dated: February 18, 2020

                                                      KANDIS A. WESTMORE<br>
                                                      United States Magistrate Judge